# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) CAROLYN COX, as the Special Administrator of the Estate of Charles Jernegan, Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) ) | **Case No. <u>11-CV-457-JED-FHM</u>** |
| **(1) STANLEY GLANZ, SHERIFF OF TULSA COUNTY, in His Individual and Official Capacities;** | ) ) ) | |
| **(2) CORRECTIONAL HEALTHCARE MANAGEMENT OF OKLAHOMA, INC.;** | ) ) | |
| **(3) SARA SAMPSON, MHR-MHP;** | ) | |
| **(4) FAYE TAYLOR, LPN;** | ) | |
| **(5) S. JEFFERIES, LPN;** | ) | |
| **(6) L. RITCHIE, LPN;** | ) | |
| **(7) RENADA LOWEN, RN;** | ) | |
| **(8) CORRECTIONAL HEALTHCARE COMPANIES, INC.; and** | ) ) | |
| **(9) CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

## <u>DEFENDANT STANLEY GLANZ'S MOTION IN LIMINE</u>

Defendant Stanley Glanz, by and through his attorneys of record, hereby adopts and incorporates the Motions in Limine filed by Defendants Correctional Healthcare Management of Oklahoma, Inc., Correctional Healthcare Companies, Inc., Correctional Healthcare Management, Inc., Sara Sampson, and Faye Taylor. [Dkt. No. 195]

Respectfully submitted,

/s/Corbin C. Brewster
Clark O. Brewster, OBA #1114
Guy A. Fortney, OBA #17027
Corbin C. Brewster, OBA #22075
BREWSTER & DE ANGELIS, PLLC
2617 E. 21st Street
Tulsa, OK   74114
Tel: (918) 742-2021
Fax: (918) 742-2197
**Attorneys for Defendant Stanley Glanz**

## CERTIFICATE OF SERVICE

I hereby certify February 28, 2013, I electronically transmitted the foregoing document by email and/or U.S. mail to the following:

Daniel E. Smolen                                   danielsmolen@ssrok.com
*Attorney for the Plaintiff*

Donald Eugene Smolen , II                          donaldsmolen@ssrok.com
*Attorney for the Plaintiff*

Lauren Grace Lambright                             laurenlambright@ssrok.com
*Attorney for the Plaintiff*

Louis Werner Bullock                               lbullock@bullock-blakemore.com
*Attorney for the Plaintiff*

Patricia Whittaker Bullock                         pbullock@bullock-blakemore.com
*Attorney for the Plaintiff*

Robert Murray Blakemore                            bblakemore@bullock-blakemore.com
*Attorney for the Plaintiff*

Aaron James Goodman                                agoodman@OKFB.com

Alexander Caldwell Vossler                         avosler@johnsonhanan.com

/s/ Corbin C. Brewster
Corbin C. Brewster

-2-