IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN COX, as the Special Administrator of the Estate of Charles Jernegan, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY GLANZ, SHERIFF OF TULSA COUNTY, in His Individual and Official Capacities, et al.,<br><br>Defendant. | Case No.  11-CV-457-JED-FHM |

## OPINION AND ORDER

Plaintiff's *Emergency Motion for Ruling on Confidentiality Designations* [Dkt. 216] is before the court for decision. No response has been filed and the time to file a response has past. Pursuant to LCvR 7.2(e), the motion is deemed confessed.

Plaintiff's *Emergency Motion for Ruling on Confidentiality Designations* [Dkt. 216] is hereby GRANTED.

IT IS SO ORDERED THIS 23rd day of May, 2013.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE